UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA GLAD,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC, and<br>MIDLAND CREDIT MANAGEMENT,<br>INC.,<br><br>    Defendants. | Case No. 2:20-cv-653 |

## STIPULATION OF DISMISSAL

The parties, by and through their respective counsel, hereby stipulate that all of the claims raised by the Plaintiff in the above-captioned matter shall be dismissed with prejudice, with each party to bear its own costs.

Dated: February 22, 2021

| | |
|---|---|
| */s/ Kevin Abramowicz* | */s/ Lauren Burnette* |
| Kevin Abramowicz | Lauren Burnette |
| East End Trial Group LLC | Messer Strickler LTD |
| 186 42nd St, PO Box 40127 | 12276 San Jose Blvd, Ste 718 |
| Pittsburgh, PA 15201 | Jacksonville, FL 32223 |
| (412) 223-5740 | (904) 527-1172 |
| kabramowicz@eastendtrialgroup.com | lburnette@messerstrickler.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendants* |